1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10   MARTIN VOGEL,                          Case No. 2:13-cv-1707-DMG (JCx)

11          Plaintiff,
                                            ORDER RE: JOINT STIPULATION
12   v.                                     FOR DISMISSAL [32]

13   THRIFTY PAYLESS, INC. dba RITE
     AID #05455; RITE AID CORP. dba
14   RITE AID #05455; WILLOWBROOK
     CENTER PARTNERSHIP,
15
16          Defendants.
                                        /

17          Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff

18   Martin Vogel and defendant Willowbrook Center Partnership,

19          IT IS HEREBY ORDERED that the above-entitled is dismissed with prejudice

20   in its entirety.

21
22   DATED:  October 25, 2013

23                                          _____
                                            DOLLY M. GEE
24                                          UNITED STATES DISTRICT JUDGE

25
26
27
28

Order re Joint Stipulation for Dismissal                    *Vogel v. Thrifty Payless, Inc., et al.*
                                  - 1 -                      Case No. 2:13-cv-01707-DMG-JC